**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

* * *

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs** ) | |
| ) | |
| **TONI JONES,** ) | **2:22-MJ-00020-2-DMD** |
| ) | |
| **Defendant.** ) | **ORDER APPOINTING COUNSEL** |

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that ROYAL JUDSON MITCHELL, JR., ESQ. is hereby appointed to represent Defendant, TONI JONES.

New Orleans, Louisiana, this 14th day of February 2022.

_____

DANA M. DOUGLAS

UNITED STATES MAGISTRATE JUDGE